# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

David Carbajal

                Plaintiff,

v.                                                     Case No.: 1:17−cv−04442
                                                              Honorable Thomas M. Durkin

Feldco Factory Direct, LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 26, 2018:

      MINUTE entry before the Honorable Thomas M. Durkin:Joint motion for approval of settlement [27] is granted. This action is hereby dismissed without prejudice with leave to move to reinstate on or before 7/26/2018. Absent a timely motion to reinstate or extend the time in which to reinstate, this dismissal order will become final with prejudice on 7/27/2018 without further order of the Court. No appearance is required on 6/27/2018. Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.